JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFTON WALKER,<br><br>Plaintiff,<br><br>vs.<br><br>ARMANDO NAVARRO; DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:21-cv-00868 RGK (KKx)**<br>Hon. R. Gary Klausner<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs, with the Court to retain jurisdiction up until October 01, 2021.

SO ORDERED.

DATED: September 1, 2021     _____
                             United States District Court Judge

ORDER